IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN TAYLOR, | : | |
|     Plaintiff | : | No. 1:22-cv-02070 |
| | : | |
|     v. | : | (Judge Rambo) |
| | : | |
| SUPERINTENDENT KEVIN RANSOM, et al., | : | |
| | : | |
|     Defendants | : | |

**ORDER**

**AND NOW**, on this 18th day of July 2023, upon consideration of pro se Plaintiff John Taylor ("Plaintiff")'s amended complaint (Doc. No. 9), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 9) is **PARTIALLY DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as follows:

    a. Plaintiff's 42 U.S.C. § 1983 ("Section 1983") claims against Defendants Denise Johnson and Scott Prince are **DISMISSED** without leave to amend, and the Clerk of Court is directed to **TERMINATE** these Defendants from the caption of the docket in this case;

    b. Plaintiff's Section 1983 claims against B. Belles are **DISMISSED**, and the Clerk of Court is directed to **TERMINATE** this Defendant from the caption of the docket in this case;

    c. Plaintiff is permitted to proceed on his Section 1983 Eighth Amendment claims against Defendants Kevin Ransom, George Little, Jeffrey Eyer, and John Wetzel;

2. In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court is directed to **SERVE** a copy of the amended complaint (Doc. No. 9), notice of lawsuit and request to waive service of summons (form AO 398), waiver of the service of summons (form AO 399), and this Order on Defendants Kevin Ransom, George Little, Jeffrey Eyer, and John Wetzel. In the interest of efficient administrative judicial economy, the Court requests that Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d); and

3. If service is unable to be completed due to Plaintiff's failure to properly name these Defendants or provide an accurate mailing address for these Defendants, Plaintiff will be required to correct this deficiency. Failure to comply may result in the dismissal of Plaintiff's claims against these Defendants pursuant to Federal Rule of Civil Procedure 4(m).

s/ Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge