IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN TAYLOR, | : | |
|     Plaintiff | : | No. 1:22-cv-02070 |
| | : | |
|     v. | : | (Judge Rambo) |
| | : | |
| SUPERINTENDENT KEVIN RANSOM, et al., | : | |
|     Defendants | : | |

**ORDER**

**AND NOW**, on this 13th day of March 2024, upon consideration of Defendants Wetzel, Little, Ransom, and Eyer ("Defendants")'s motion to dismiss, filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. No. 17), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 17) is **GRANTED**;

2. Plaintiff John Taylor ("Plaintiff")'s amended complaint (Doc. No. 9) is **DISMISSED** without further leave to amend; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                   s/ Sylvia H. Rambo
                                                   SYLVIA H. RAMBO
                                                   United States District Judge